FILED
CLERK, U.S. DISTRICT COURT

APR  1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Yoni Rolando Solis-Ramirez ) <br> Defendant. ) <br> _____ ) | Case No.: CR 04-1482-TJH <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.  (X)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's significant ties ~~to~~ outside

1  the Central District of California as well as
2  ~~defendant~~ the current allegations pending.
3  _____
4  and/or
5  B.  (X) The defendant has not met his/~~her~~ burden of establishing by
6     clear and convincing evidence that he/~~she is~~ not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: _____
10  _____
11  _____
12  _____

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  April 1, 2009

                                    _____
                                    JEFFREY W. JOHNSON
                                    UNITED STATES MAGISTRATE JUDGE